# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RODULFO L. RIVERA § | |
| § | Civil Action No. 4:17-CV-622 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| DISCOVER BANK CARD/DISCOVER § | |
| FINANCIAL SERVICES | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 13, 2017, the report of the Magistrate Judge (Dkt. #21) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand (Dkt. #10) be **GRANTED** and Plaintiff's Motion to Dismiss (Dkt. #13) be **DENIED AS MOOT**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Remand (Dkt. #10) is GRANTED and Plaintiff's Motion to Dismiss (Dkt. #13) is **DENIED AS MOOT**. Plaintiff's case is hereby **REMANDED** to the Precinct 3, Place 2, Justice Court, Collin County, Texas, for further proceedings.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**
SIGNED this 20th day of December, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE